# Court of Appeals
# of the State of Georgia

ATLANTA,____June 21, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16E0032.  KATETRINA WILLIAMS v. EUGENE WILLIAMS**

Upon consideration, the Emergency Motion For Writ Of Supersedeas Of Appellant is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____06/21/2016____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*